E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-597-GHK(JCGx) | Date | AUGUST 14, 2012 |
|---|---|---|---|
| Title | VAL-PRO, INC. vs. LIBORIO MARKET, INC., et al. | | |

**Presiding: The Honorable**   GEORGE H. KING, U. S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

(NONE)                                      (NONE)

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: STAY OF ENTIRE ACTION DUE TO BANKRUPTCY FILINGS OF VARIOUS DEFENDANTS**

On March 22, 2012, plaintiff filed its First Amended Complaint against various defendants. Since then, the clerk has entered default against defendants Liborio Markets No. 6, Inc., Triple A Grocers, Inc., Liborio Holding Company, LLC, Enrique J. Alejo, Enrique M. Alejo, John Alejo, and Randy Alejo (together the Defaulting Defendants). The remaining defendants, Liborio Market, Inc., Liborio Markets No. 5, Inc., A and A Ontario Market, Inc., Alejo Grocers, Inc., and Alejo Markets, Inc., have filed for bankruptcy protection under Chapter 11 of the Bankruptcy Code (together the Bankrupt Defendants).

Inasmuch as all defendants are either in bankruptcy proceedings, or have defaulted, we now direct plaintiff to show cause, in writing within 10 days hereof, why this action should not be stayed pending resolution of the various bankruptcy proceedings inasmuch as the claims are asserted against all of the defendants collectively, and the nature of the claims against these defendants are substantially, if not entirely, intertwined. If plaintiff fails to timely and adequately show cause as required by this order, such failure will be deemed plaintiff's consent to the stay of this entire action pending resolution of the various bankruptcy proceedings. In that event, we will stay this action, and direct the clerk to administratively close this matter pending further order of the court.

IT IS SO ORDERED.

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |